JAMES B. HARDIN (Bar No. 205071)
jhardin@trialnewport.com
TYLER J. WOODS (Bar No. 232464
twoods@trialnewport.com
**NEWPORT TRIAL GROUP**
4100 Newport Place, Suite 800
Newport Beach, California 92660
Telephone: (949) 706-6464
Facsimile: (949) 706-6469

Attorneys for Defendants
HAIBIN "BRUCE" ZHANG, CHIAYI KUO, HAO ZHOU, EVERYLITE LLC and LED KINGDOM, INC.

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JS LED TECHNOLOGY CORP., a California corporation

Plaintiff,

vs.

HAIBIN "BRUCE" ZHANG, an individual, CHIAYI KUO, an individual, HAO ZHOU, an individual, EVERYLITE LLC, a Florida limited liability company, LED KINGDOM, INC., a Florida corporation, and DOES 1 through 10, inclusive

Defendant.

Case No. 2:14-cv-02250-RGK-PJW

**[~~PROPOSED~~] ORDER CONFIRMING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Judge: Hon. R. Gary Klausner

Complaint Filed: March 25, 2014

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a), and good cause appearing therefore, hereby confirms that:

- Pursuant to Rule 41(a) of the Federal Rules of Civil Procedures, all claims, counterclaims and defenses in this action are hereby dismissed with prejudice; and
- The parties shall bear their own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 12, 2015 By: Gary Klausner

Hon. R. Gary Klausner
United State District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, I electronically filed the foregoing **[PROPOSED] ORDER CONFIRMING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Tyler J. Woods*
Tyler J. Woods